E-FILED 07/06/12

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ELLISON, individually and on behalf of a class of similarly situated individuals,<br><br>                Plaintiff,<br>v.<br><br>STEVEN MADDEN, LTD., a Delaware corporation,<br><br>                Defendant. | No. CV-11-05935 PSG-AGR<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO CONTINUE STAY OF LITIGATION AND EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Phillip S. Gutierrez |

[PROPOSED] ORDER STAYING LITIGATION

1  This matter having come before the Court on the Parties' Stipulation to
2  Continue Stay of Litigation and Extend Deadline to File Motion for Preliminary
3  Approval of Class Action Settlement, due and adequate notice having been given,
4  and the Court having been duly advised,

5  **IT IS HEREBY ORDERED and ADJUDGED:**

6  1.   This litigation, including briefing on all pending motions and all
7  discovery obligations, shall be stayed for a period of sixty (60) days from the date of
8  this Order.

10  **IT IS SO ORDERED** this __6th__ day of __July__, 2012.

12  **PHILIP S. GUTIERREZ**
13  HONORABLE PHILLIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE