E-FILED 09/28/12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ELLISON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN MADDEN, LTD., a Delaware corporation,<br><br>  Defendant. | Case No. CV-11-05935 PSG-AGR<br><br>**[**~~PROPOSED~~**] ORDER SETTING DEADLINES AND SCHEDULING THE FINAL FAIRNESS HEARING**<br><br>[Hon. Philip S. Gutierrez] |

On September 25, 2012, the Court issued an order granting Plaintiff's unopposed motion for preliminary approval of a class action settlement and approving the proposed Notice Plan. (Dkt. 45.) The Court hereby sets the following dates to be included in the Notice to the Class by which the Notice Plan must be completed, and by which Class Members can object to the settlement or exclude themselves from the Class:

1. The Final Approval Hearing shall be held before this Court on February 25, 2013 at 1:30 p.m. at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Courtroom 880, Los Angeles, California;

2. The approved Notice and electronic Claim Form shall be posted at www.MaddenTextSettlement.net by October 5, 2012;

3. The approved Notice shall be published in *Cosmopolitan* and *People*

1  magazines by November 24, 2012;

2      4.    Any members of the Class who elect to exclude themselves or "opt out" of the Class must file a written request with the Settlement Administrator, received or postmarked no later than the Objection/Exclusion Deadline of January 8, 2013; and

    5.    Any member of the Class who has not timely filed a request for exclusion may object to the fairness, reasonableness, or adequacy of the Settlement Agreement or to a Final Judgment being entered dismissing the Action with prejudice in accordance with the terms of the Settlement Agreement, or to the attorneys' fees and expense reimbursement sought by Class Counsel in the amounts specified in the Notice and Settlement Agreement, or to the award to the Class Representative as set forth in the Notice and Settlement Agreement. Such objections must be filed with the Court and sent to counsel as specified in the Notice and the Settlement Agreement no later than the Objection/Exclusion Deadline of January 8, 2013.

It is so ordered, this   28th   day of  September        , 2012.

    Enter:    **PHILIP S. GUTIERREZ**
                  The Honorable Philip S. Gutierrez
                  United States District Court Judge