Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Maureen Connors (0074094OH)
6625 Pearl Road
Parma Heights, OH 44130
Phone: (216) 640-9860
Fax: (216) 504-4049
Email: maureenconnors@maureenconnorslaw.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA ELLISON, individually and on behalf of a class of similarly Situated individuals,<br><br>   Plaintiff<br><br>v.<br><br>STEVE MADDEN, LTD., a Delaware corporation,<br><br>   Defendant | CV-11-05935 PSG-AGR<br><br>Hon. Phillip S. Gutierrez<br><br>**WITHDRAWAL OF OBJECTION OF CONSTANCE GIRATOS** |

On January 8, 2013, based upon information known at the time of filing, Constance Giratos, through her undersigned counsel, timely filed an Objection to Settlement and Award of Attorneys' Fees and Notice of Intent to Appear [Doc. 53].

Upon further review after discussion with Class Counsel, it has been determined that Ms. Giratos may not in fact be a member of the class in the instant matter and hereby withdraws her Objection pursuant to Rule 23(e)(5). The Objection of class member Aileen Connors, timely filed on January 8, 2013 [Doc. 53], is not being withdrawn.

Respectfully submitted:

s/Steve A. Miller
Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Maureen Connors (0074094OH)
Maureen Connors, Attorney at Law
6625 Pearl Road
Parma Heights, Ohio 44130
Ph.#: (216) 640-9860
Fax:  (216) 504-4049
Email: maureenconnors@maureenconnorslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2013, I have filed and served via ECF Filing using the USDC SD CA ECF Electronic Filing System a true and correct copy of the foregoing Withdrawal of Objection of Constance Giratos:

s/Steve A. Miller